1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SUSAN L. SMITH  (CSB #253808)
4  Special Assistant United States Attorney
       333 Market St., Suite 1500
5      San Francisco, CA 94105
       Tel: (415) 977-8973
6      Fax:  (415) 744-0134
       Email:  Susan.L.Smith@ssa.gov
7
   Attorneys for Defendant Michael J. Astrue,
8      Commissioner of Social Security

9                  UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
11

12 | MARY A. COOK,                    ) CV 09-0906 FFM
13 |     Plaintiff,                   )
                                      ) [~~PROPOSED~~] **JUDGMENT OF**
14 |     v.                           ) **REMAND**
                                      )
15 | MICHAEL J. ASTRUE, Commissioner  )
   | of Social Security,              )
16 |                                  )
   |     Defendant.                   )
17 |_____)

18      The Court having approved the parties' Stipulation to Voluntary Remand

19 Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

20 ("Stipulation for Remand") lodged concurrent with the lodging of the within

21 Judgment of Remand,

22      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

23 above-captioned action is remanded to the Commissioner of Social Security for

24 further proceedings consistent with the Stipulation for Remand.

25
26 DATED: July 20, 2009
                                    / S / FREDERICK F. MUMM
27                                 _____
                                    HON. FREDERICK F. MUMM
28                                  UNITED STATES MAGISTRATE JUDGE

-1-